IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER LEWIS BARROW, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 2:13-cv-0193-TMH |
| ) | [WO] |
| CHRISTOPHER GORDY, *et al.*, ) | |
| ) | |
| Respondents. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The petitioner's objection (Doc. #12) filed on June 3, 2013 to the Recommendation of the Magistrate Judge is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #11) filed on May 17, 2013 is adopted;

3. The petition for a writ of habeas corpus relief by Christopher Barrow is DISMISSED without prejudice to afford him an opportunity to exhaust all state court remedies.

DONE this the 19th day of June, 2013.

/s/  Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE